UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, By and Through TIM D. MAITLAND, In His Capacity As A Fiduciary, <br><br> PAINTERS DISTRICT COUNCIL #58 401(k) TRUST FUND, By and Through Its Board of Trustees; <br><br> PAINTERS DISTRICT COUNCIL #58 FRINGE BENEFIT FUNDS, <br><br>    Plaintiffs, <br><br> v. <br><br> TABITHA VENTURES, INC. <br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Cause No.   18-cv-01017-JES-JEH |

## CITATION TO DISCOVER ASSETS

To:    Oladiran Edward Taiwo
       12217 N. Woodcrest Drive
       Dunlap, IL 61525

**IF YOU FAIL TO APPEAR IN COURT AS DIRECTED IN THIS NOTICE, YOU MAY BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.**

**YOU ARE COMMANDED** to appear before Magistrate Judge Jonathan E. Hawley at the United States District Court, 100 N.E. Monroe Street, Peoria, IL 61602, on **April 3, 2023 at 1:30 p.m.** to be examined under oath concerning the property or income of, or indebtedness due, the judgment creditors, INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, *et al.*

On May 29, 2018, this Court entered Judgment in the amount of $2,273,90 in favor of Plaintiffs and against Defendant for delinquent contributions, $356.34 for liquidated damages and $2,948.00 for attorney fees.  These amounts remain unpaid.

**YOU ARE COMMANDED** to produce all documents requested on the attached **Schedule A,** including, but not limited to, any and all books, papers or records in your possession or control

which may contain information concerning the property or income of, or indebtedness of the Judgment Debtor, TABITHA VENTURES, INC.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which the judgment debtor may be entitled or which may be acquired by or become due to the judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to the judgment debtor, until the further order of court

or termination of the proceedings.  You are not required to withhold the payment of any money beyond double the amount of judgment.

                              WITNESS_____, 2023.

(SEAL)

                              _____

                              Clerk of Court

The undersigned certifies that the statements set forth in this instrument are true and correct and provide the required information under 735 Ill. Comp. Stat. 5/2-1402(b).

JACOB A. BLICKHAN
CAVANAGH & O'HARA LLP
2319 West Jefferson
Springfield, IL  62702
Telephone:  (217) 544-1771
ATTORNEYS FOR PLAINTIFFS

# SCHEDULE "A"

1. Complete Federal and State Income Tax Returns for TABITHA VENTURES, INC., for the last two years that the company was in business, including all accompanying schedules, and any subsequent amendments.

2. All financial books and records of TABITHA VENTURES, INC., including, income or profit and loss statements, balance sheets, fixed assets ledgers, account receivable ledgers, accounts payable ledgers, long term liabilities ledgers, inventory journals, and cash journals, for the last 2 years of operation.

3. All business books and records (other than financial books and records) of TABITHA VENTURES, INC., for the last two years of operation.

4. All loan applications or other documents prepared by or on behalf of TABITHA VENTURES, INC., for the last two years for purposes of seeking financing or otherwise borrowing money.

5. All statements (monthly or otherwise), canceled checks, deposit slips and check registers for any checking, savings, money market, brokerage and mutual fund accounts in the name of TABITHA VENTURES, INC., for the last two years of operation.

6. All financial statements prepared by or on behalf of TABITHA VENTURES, INC., Co for the last two years of operation.

7. A complete list of all jobs performed by TABITHA VENTURES, INC., since January 1, 2017, specifying the contractor, the owner of the property where the job was performed, whether the job is completed or ongoing, and whether money remains owed (and if so, how much) for work performed on the job.

8. A complete list of all assets of TABITHA VENTURES, INC., including without limitation all machinery, equipment, tools, motor vehicles, real estate, and bank accounts, and accounts receivable.